IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CV242 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| $12,580.00 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the joint Stipulation (Filing No. 12).

IT IS ORDERED:

1. The joint Stipulation (Filing No. 12) is approved;

2. $3,145.00 of the Defendant property shall be returned to the Claimant, Leroy Meyer, by depositing the funds in the trust account of Meyer's attorney, Michael Meckna;

3. The remaining Defendant property, consisting of $9,435.00 in United States currency, shall be considered forfeited and disposed of by the United States Marshal for the District of Nebraska according to law;

4. Immediately upon Mr. Meckna's receipt of the $3,145.00 in his trust account, he shall file a receipt with the Court;

5. Judgment will then be entered in accordance with the joint Stipulation; and

6. To alert the Court that the parties are ready for a final judgment, the Assistant United States Attorney shall submit a proposed Judgment to the chambers e-mail address, smithcamp@ned.uscourts.gov.

DATED this 21st day of September, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge